Tanya E. Moore, SBN 206683
Zachary M. Best, SBN 166035
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@moorelawfirm.com

Attorneys for Plaintiff,
Francisca Moralez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BERMAL ASMIN, INC. dba NORTH BEACH GYROS, et al.,<br><br>　　　　Defendants. | No.  3:16-cv-05141-SI<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION** |

　　　Notice is hereby given that Plaintiff Francisca Moralez ("Plaintiff") has settled the above-captioned matter with all Defendants. Plaintiff requests that she be given to and including January 3, 2017 to file the dispositional documents in order to afford the Parties time to complete the settlement.

Dated: November 29, 2016                              MOORE LAW FIRM, P.C.


                                                                            */s/ Tanya E. Moore*
                                                                            Tanya E. Moore
                                                                            Attorneys for Plaintiff,
                                                                            Francisca Moralez